UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Rome
SEP 10 2012
JAMES N. HATTEN, Clerk
By: Deputy Clerk

FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER OF
OMNI NATIONAL BANK,

      Plaintiff,

v.

STEPHEN M. KLEIN, et al.,

      Defendants.

CIVIL ACTION

NO. 1:12-CV-896-RLV

### O R D E R

At the August 28, 2012, scheduling conference, the court stated that it would examine and decide the plaintiff's "motion to consolidate three cases for pretrial and discovery purposes" [Doc. No. 52] within a week of that conference.[1] This order addresses the plaintiff's motion to consolidate.

In the plaintiff's motion, the plaintiff asks this court to consolidate three declaratory judgment cases, i.e., *Progressive Cas. Ins. Co. v. FDIC*, 1:12-CV-1103-RLV; *Certain Underwriters at*

---

[1] As stated above, this court conducted a scheduling conference on August 28, 2012. At this scheduling conference, the plaintiff asked this court to impose a two-phase discovery schedule, wherein discovery related to the D&O liability coverage would occur first and then general discovery would take place. In contrast, the defendants asked this court to allow broad discovery to take place. Because the parties submitted supplemental information on September 6, 2012, this court needs additional time to render a decision on the scope of discovery.

*Lloyd's, London v. FDIC*, 1:12-CV-1740-JEC; and *Klein v. Alwen Hough Johnson Ltd.*, 1:12-CV-1877-RLV, for pretrial and discovery purposes. In their responses, most, but not all, of the defendants oppose the consolidation of these three cases for pretrial and discovery purposes. Simply put, the defendants argue that it would not be in the interest of judicial efficiency or justice to consolidate these three matters as the plaintiff requests.

Having reviewed the plaintiff's motion as well as the defendants' responses, the court concludes that it would be in the interest of judicial efficiency as well as justice to consolidate these three cases for pretrial and discovery purposes as requested by the plaintiff. Therefore, the court GRANTS the plaintiff's motion to consolidate [Doc. No. 52]. [2] The court will issue an order addressing the scope of the discovery in these consolidated cases within 14 days of the docketing of this order.

SO ORDERED, this 10th day of September, 2012.

ROBERT L. VINING, JR.
Senior United States District Judge

---

[2] If United States District Court Judge Carnes would like to refer *Certain Underwriters at Lloyd's, London v. FDIC*, 1:12-CV-1740-JEC, to the undersigned, the undersigned is willing to accept such a referral so that these three cases can proceed together.

2