FILED IN CHAMBERS
U.S.D.C. - Rome
OCT 29 2013
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>Plaintiff<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF OMNI NATIONAL BANK, ET AL.<br><br>Defendants. | CIVIL ACTION NO.<br>1:12-cv-01103-RLV<br><br>Consolidated, for Pre-Trial and Discovery Purposes, with<br>1:12-cv-00896-RLV<br>1:12-cv-01740-RLV<br>1:12-cv-01877-RLV |

**ORDER ON PROGRESSIVE CASUALTY INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL**

This matter coming before the Court on Progressive Casualty Insurance Company's ("Progressive") Unopposed Motion for Extension of Time to Respond to Motion to Compel Discovery filed by the Federal Deposit Insurance Corporation as Receiver of Omni National Bank ("FDIC-R") on October 9, 2013 [DE 100], it is ordered that the motion is granted and that Progressive shall have until October 30, 2013 to file its response to the FDIC-R's Motion to Compel.

IT IS SO ORDERED on this 29th day of Oct., 2013.

_____
Robert L. Vining, Jr.
UNITED STATES DISTRICT JUDGE