# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **PROGRESSIVE CASUALTY INSURANCE COMPANY,**         Plaintiff<br><br>VERSUS<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF OMNI NATIONAL BANK, ET AL.**         Defendants. | CIVIL ACTION NO. 1:12-cv-01103-RLV<br><br><u>CONSOLIDATED FOR PRE-TRIAL AND DISCOVERY PURPOSES WITH:</u><br>CIVIL ACTION NO. 1:12-cv-896-RLV; 1:12-cv-1740-RLV;and 1:12-cv-1877-RLV |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Federal Deposit Insurance Corporation as Receiver of Omni National Bank ("FDIC-R") served a true and correct copy of the following document on November 18, 2013:

- FDIC-R's Notice of 30(b)(6) Deposition of Plaintiff Progressive Casualty Insurance Company

FDIC-R served the foregoing document to the following counsel of record and *pro se* parties by electronic mail and/or U.S. Mail, properly addressed and postage prepaid, as indicated below:

> **David Joel Marmins**
> Email: david.marmins@agg.com

> **Joseph Matthew Maguire , Jr.**
> Email: mmaguire@pcwlawfirm.com

1314251_1

**Lewis K. Loss**
Email: lloss@ljwllp.com

**Matthew J. Dendinger**
Email: mdendinger@ljwllp.com

**Daniel McNeel Lane , Jr.**
Email: nlane@akingump.com

**Kimberly Lillian Myers**
Email: kmyers@rh-law.com

**Tony Glen Powers**
Email: tpowers@rh-law.com

**Stephen M. Klein**
E-mail: stephen@tig360.com

**George A. Koenig**
Email: george@koeniglawgroup.com

**William Thomas Lacy , Jr.**
Email: tlacy@lacysnyder.com

**Andrew D. Horowitz**
Email: horowitza@deflaw.com

**Joseph C. Chancey**
Email: JChancey@deflaw.com

**Frank G. Podesta**
Email: fpodesta@bomarrice.com

**Richard A. Rice , Jr.**
Email: rrice@bomarrice.com

**Jules N. Greenblatt**
Email: Jules711@bellsouth.net

**Ezra H. Cohen**
Email: ezra.cohen@troutmansanders.com

**James R. Doyle , II**
Email: jdoyle@lbbslaw.com

**Thomas Christopher Grant**
Email: tgrant@lbbslaw.com

**Elizabeth Gingold Greenman**
Email: elizabeth.greenman@alston.com

**Robert R. Long , IV**
Email: robert.long@alston.com

**Theodore Joseph Sawicki**
Email: tod.sawicki@alston.com

**David Lewis Balser**
Email: dbalser@kslaw.com

**Tracy Klingler**
Email: tklingler@kslaw.com

**Zachary Andrew McEntyre**
Email: zmcentyre@kslaw.com

**Gary D. Beelen**
Email: gbeelen@deflaw.com

**Meredith Riggs Guerrero**
Email: MGuerrero@deflaw.com

**Christopher E. Adams**
Email: adams@khlawfirm.com

**Jeffrey D. Horst**
Email: Horst@khlawfirm.com

**Alison A. Grounds**
Email: alison.grounds@troutmansanders.com

**Natalie Diamond Sacha**
Email: natalie.sacha@troutmansanders.com

**Thomas B. Bosch**
Email: tom.bosch@troutmansanders.com

**Scott Benjamin Riddle**
Email: sbriddle@mindspring.com

**Manuel Mungia**
mmungia@akingump.com

**Matthew Pepping**
mpepping@akingump.com

**Jacquelyn Smith**
Email: jsmith@shlglaw.com

**Joseph Saka**
Email: SakaJ@dicksteinshapiro.com

**Andrew Reidy**
Email: ReidyA@dicksteinshapiro.com

**Stephen M. Klein**
6950 Riverside Drive, N.W.
Atlanta, GA 30328

**Jules N. Greenblatt**
5284 Marston Road
Atlanta, GA 30360

**Shannon C. Livengood** (by U.S. Mail only)
103 Orchard Road, Apt. #1
Ashville, NC  28801

      **Karim W. Lawrence** (by U.S. Mail only)
      924 Garret Street, SE, Unit #308
      Atlanta, GA 30316

### CERTIFICATION PURSUANT TO LOCAL RULES

Pursuant to the Local Rules this certifies that this document was prepared using the New Times Roman font in 14 point.  These font and point selections are approved by L.R.5.1(B)-(C).

Respectfully submitted this 18th day of November, 2013.

        *Counsel for Federal Deposit Insurance Company as Receiver of Omni National Bank*

           /s/    Elisabeth L. Baer
        James A. Brown (LA Bar #14101) (PHV)
        Carey L. Menasco (LA Bar #28131) (PHV)
        Elisabeth L. Baer (LA Bar #31844) (PHV)
        **LISKOW & LEWIS, PLC**
        One Shell Square
        701 Poydras Street, Suite 5000
        New Orleans, LA 70139-5099
        Tel:  504-581-7979
        Fax: 504-556-4108
        E-mail:   jabrown@liskow.com
                     clmenasco@liskow.com
                     elbaer@liskow.com

        -and-

        **SIMKINS HOLLIS LAW GROUP, PC**
        Jeanne Simkins Hollis
        Georgia Bar No. 646890
        S. Paul Smith
        Georgia Bar No. 663577
        1924 Lenox Road, NE

-6-

                                      Atlanta, GA  30306
                                      Tel:  (404) 474-2328
                                      Fax:  (770) 587-0726
                                      E-mail:  psmith@shlglaw.com