FILED IN CHAMBERS
U.S.D.C. - Rome
NOV 23 2013
JAMES N. HATTEN, Clerk
                Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PROGRESSIVE CASUALTY INSURANCE
COMPANY,

       Plaintiff,

  v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER OF
OMNI NATIONAL BANK, et al.,

       Defendants.

CIVIL ACTION

NO. 1:12-CV-1103-RLV

O R D E R

This matter comes before the court on defendant Federal Deposit Insurance Corporation, as Receiver of Omni National Bank's motion to compel [Doc. No. 100]. In this motion, defendant Federal Deposit Insurance Corporation, as Receiver of Omni National Bank, seeks the production of the plaintiff's electronically stored information on or before October 31, 2013. In response, the plaintiff states that it would be unduly burdensome for it to comply with defendant Federal Deposit Insurance Corporation, as Receiver of Omni National Bank's discovery request within the time allowed. Specifically, the plaintiff argues that the search terms have produced almost 500,000 documents that require a tremendous amount of time and effort to sort through. Moreover, the plaintiff argues that much of the information sought by defendant Federal

Deposit Insurance Corporation, as Receiver of Omni National Bank, is either irrelevant or would be unduly burdensome to produce.

Because the court believes that it would be beneficial for a magistrate judge of this court to conduct a discovery conference, the court REFERS all pending discovery motions, including defendant Federal Deposit Insurance Corporation, as Receiver of Omni National Bank's motion to compel, to a magistrate judge of this court. Thereafter, the magistrate judge assigned to this case should issue an order addressing all pending discovery motions pursuant to Local Rule 72.1(A).

SO ORDERED, this 23rd day of November, 2013.

/s/ Robert L. Vining, Jr.
ROBERT L. VINING, JR.
Senior United States District Judge