# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **PROGRESSIVE CASUALTY INSURANCE COMPANY,**<br>    Plaintiff<br><br>VERSUS<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF OMNI NATIONAL BANK, ET AL.**<br>    Defendants. | CIVIL ACTION NO.<br>1:12-cv-01103-RLV<br><br><u>CONSOLIDATED FOR PRE-TRIAL AND DISCOVERY PURPOSES WITH:</u><br>CIVIL ACTION NO.<br>1:12-cv-896-RLV;<br>1:12-cv-1740-RLV;and<br>1:12-cv-1877-RLV |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Federal Deposit Insurance Corporation as Receiver of Omni National Bank ("FDIC-R") served a true and correct copy of the following document on December 2, 2013:

- FDIC-R's Amended Notice of 30(b)(6) Deposition of Plaintiff Progressive Casualty Insurance Company

FDIC-R served the foregoing document to the following counsel of record and *pro se* parties by electronic mail and/or U.S. Mail, properly addressed and postage prepaid, as indicated below:

> **David Joel Marmins**
> Email: david.marmins@agg.com
>
> **Joseph Matthew Maguire , Jr.**
> Email: mmaguire@pcwlawfirm.com

**Lewis K. Loss**
Email: lloss@ljwllp.com

**Matthew J. Dendinger**
Email: mdendinger@ljwllp.com

**Daniel McNeel Lane , Jr.**
Email: nlane@akingump.com

**Kimberly Lillian Myers**
Email: kmyers@rh-law.com

**Tony Glen Powers**
Email: tpowers@rh-law.com

**Stephen M. Klein**
E-mail: stephen@tig360.com

**George A. Koenig**
Email: george@koeniglawgroup.com

**William Thomas Lacy , Jr.**
Email: tlacy@lacysnyder.com

**Andrew D. Horowitz**
Email: horowitza@deflaw.com

**Joseph C. Chancey**
Email: JChancey@deflaw.com

**Frank G. Podesta**
Email: fpodesta@bomarrice.com

**Richard A. Rice , Jr.**
Email: rrice@bomarrice.com

**Jules N. Greenblatt**
Email: Jules711@bellsouth.net

**Ezra H. Cohen**
Email: ezra.cohen@troutmansanders.com

**James R. Doyle , II**
Email: jdoyle@lbbslaw.com

**Thomas Christopher Grant**
Email: tgrant@lbbslaw.com

**Elizabeth Gingold Greenman**
Email: elizabeth.greenman@alston.com

**Robert R. Long , IV**
Email: robert.long@alston.com

**Theodore Joseph Sawicki**
Email: tod.sawicki@alston.com

**David Lewis Balser**
Email: dbalser@kslaw.com

**Tracy Klingler**
Email: tklingler@kslaw.com

**Zachary Andrew McEntyre**
Email: zmcentyre@kslaw.com

**Gary D. Beelen**
Email: gbeelen@deflaw.com

**Meredith Riggs Guerrero**
Email: MGuerrero@deflaw.com

**Christopher E. Adams**
Email: adams@khlawfirm.com

**Jeffrey D. Horst**
Email: Horst@khlawfirm.com

**Alison A. Grounds**
Email: alison.grounds@troutmansanders.com

**Natalie Diamond Sacha**
Email: natalie.sacha@troutmansanders.com

**Thomas B. Bosch**
Email: tom.bosch@troutmansanders.com

**Scott Benjamin Riddle**
Email: sbriddle@mindspring.com

**Manuel Mungia**
mmungia@akingump.com

**Matthew Pepping**
mpepping@akingump.com

**Stephen M. Klein**
6950 Riverside Drive, N.W.
Atlanta, GA 30328

**Jules N. Greenblatt**
5284 Marston Road
Atlanta, GA 30360

**Shannon C. Livengood** (by U.S. Mail only)
103 Orchard Road, Apt. #1
Ashville, NC  28801

**Karim W. Lawrence** (by U.S. Mail only)
924 Garret Street, SE, Unit #308
Atlanta, GA 30316

## **CERTIFICATION PURSUANT TO LOCAL RULES**

Pursuant to the Local Rules this certifies that this document was prepared using the New Times Roman font in 14 point.  These font and point selections are approved by L.R.5.1(B)-(C).

Respectfully submitted this 3rd day of December, 2013.

*Counsel for Federal Deposit Insurance Company as Receiver of Omni National Bank*

   /s/    Jacquelyn D. Smith

**SIMKINS HOLLIS LAW GROUP, PC**
Jeanne Simkins Hollis
Georgia Bar No. 646890
S. Paul Smith
Georgia Bar No. 663577
Jacquelyn D. Smith
Georgia Bar No. 320589
1924 Lenox Road, NE
Atlanta, GA  30306
Tel:  (404) 474-2328
Fax:  (770) 587-0726
E-mail:  psmith@shlglaw.com

-and-

Andrew M. Reidy (*pro hac vice*)
Catherine J. Serafin (*pro hac vice*)
Joseph M. Saka (*pro hac vice*)
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, N.W.
Washington, D.C.  20006
Tel: (202) 420-2200 /
Fax: (202) 420-2201
Email:  reidya@dicksteinshapiro.com

serafinc@dicksteinshapiro.com
sakaj@dicksteinshapiro.com

-and-

James A. Brown (LA Bar #14101) (PHV)
Carey L. Menasco (LA Bar #28131) (PHV)
Elisabeth L. Baer (LA Bar #31844) (PHV)
**LISKOW & LEWIS, PLC**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Tel:  504-581-7979
Fax: 504-556-4108
E-mail:   jabrown@liskow.com
              clmenasco@liskow.com
              elbaer@liskow.com